Marvin ANDERSON et al., d/b/a Anderson's
Body Shop,

v.

Margaret D. McFARLAND.

Court of Appeals of Kentucky.

June 24, 1960.

E. Durward Weldon, Georgetown, for appellant.

Bradley & Bradley, Georgetown, for appellee.

PER CURIAM.

This is a motion for appeal from a summary judgment awarding appellee $515 as the result of a rescission of an automobile sales contract. We are of the opinion that the circuit court correctly entered judgment on the pleadings for appellee in view of the admitted acts of appellant which necessarily effected a rescission of the contract.

The motion for appeal is denied and the judgment stands affirmed.